IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL OSTBY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE COUNTY, et al.,<br><br>Defendants. | CV 17-124-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO APPEAR TELEPHONICALLY** |

Plaintiffs have filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 24.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED.

Plaintiffs' counsel, Kathryn Troldahl, may appear by telephone at the December 12, 2017 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 28th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge