IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE ESTATE OF MICHAEL OSTBY, BY AND THROUGH THE COURT APPOINTED PERSONAL REPRESENTATIVES, AND NICOLE HALE, JOE OSTBY AND CASSANDRA OSTBY, INDIVIDUALLY,<br><br>               Plaintiffs,<br><br>vs.<br><br>YELLOWSTONE COUNTY and JOHN DOES 1 THROUGH 10,<br><br>               Defendants. | Cause No. 17-CV-124-BLG-SPW-TJC<br><br>JOINT DISCOVERY PLAN |

COME NOW the parties pursuant to the Court's Order Vacating Scheduling Order and Setting Scheduling Conference dated September 5, 2018, and submit the following Joint Discovery Plan:

    1.    The parties have made timely Rule 26(a) disclosures and responded to written discovery.

    2.    Depositions have been completed of most all the parties' identified

witnesses.

3. Plaintiffs' submit that their and Defendant's liability expert witnesses should be disclosed by November 1, 2018, and Defendant's damages expert witness should be disclosed by December 3, 2018. Rebuttal experts should be disclosed thirty day after the opposing party's disclosures. Defendant requests sixty additional days, or by January 4, 2019 to identify liability experts.

4. The parties submit that discovery should be closed thirty days after the rebuttal experts are disclosed.

5. Substantive motions should be filed by the close of discovery.

6. Perpetuation depositions should be scheduled before the close of discovery.

7. Mediation should occur within sixty days.

8. The case will be ready for trial after the close of discovery.

DATED this 12th day of October 2018.

                MOYERS LAW P.C.


By: _____s/s___ *Jon M. Moyers*_____
           Jon M. Moyers
           Attorneys for Plaintiffs

YELLOWSTONE COUNTY ATTORNEY

By: _____s/s *Levi Robison*_____
     Levi A. Robison
     Mark A. English

     Attorneys for Defendant
     Yellowstone County