IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL OSTBY, et al., | CV 17-124-BLG-SPW-TJC |
| Plaintiffs, | **AMENDED SCHEDULING ORDER** |
| vs. | |
| YELLOWSTONE COUNTY, et al., | |
| Defendants. | |

A scheduling conference was held in this case on October 16, 2018. After discussion and upon the agreement of the parties, IT IS ORDERED:

1.   The following amended schedule will govern all further pretrial proceedings:

| | |
|---|---|
| Disclosure of Plaintiff's Damages Expert and Simultaneous Disclosure of Liability Experts: | **January 4, 2019** |
| Disclosure of Defendant's Damages Experts: | **February 4, 2019** |
| Disclosure of Rebuttal Expert Disclosures: | **30 days after the other party's disclosure** |
| Discovery Deadline (discovery must be served so that responses are due on or before this date): | **March 8, 2019** |
| Motion for Settlement Conference Before a U.S. Magistrate Judge: | **April 5, 2019** |

| | |
|---|---|
| Motions Deadline (except motions otherwise scheduled): | **April 5, 2019** |

2. All other requirements set forth in the Court's December 12, 2017 Scheduling Order remain in effect.

**IT IS ORDERED.**

DATED this 16th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge