IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL OSTBY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> YELLOWSTONE COUNTY, et al., <br><br> Defendants. | CV 17-124-BLG-SPW-TJC <br><br> **ORDER** |

Defendant Yellowstone County has filed an Unopposed Motion to Vacate Motions Deadline. (Doc. 86.) In light of the recently filed Motion for Judgment on the Pleadings as to Plaintiffs' Second Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED as follows:

1. The motions deadline set forth in the October 16, 2018 Amended Scheduling Order is VACATED.

2. The Court will reset the motions deadline and any other deadlines upon resolution of the pending Motion for Judgment on the Pleadings.

**IT IS ORDERED.**

DATED this 5th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge