IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAY 20 2019
Clerk, U S District Court
District Of Montana
Billings

| ESTATE OF MICHAEL OSTBY, et al., | CV 17-124-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |
| YELLOWSTONE COUNTY, et al., | |
| Defendants. | |

The United States Magistrate Judge filed Findings and Recommendations on April 30, 2019. (Doc. 105). The Magistrate recommended the Court deny Yellowstone County's motion for entry of judgment under Rule 54(b). (Doc. 105 at 11).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 105) are ADOPTED IN FULL.

IT IS FURTHER ORDERED Yellowstone County's motion for entry of judgment under Rule 54(b) (Doc. 70) is denied.

DATED this 20th day of May, 2019.

SUSAN P. WATTERS
United States District Judge