IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FEB 3 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| ESTATE OF MICHAEL OSTBY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> YELLOWSTONE COUNTY, <br><br> Defendant. | CV 17-124-BLG-SPW <br><br> ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on January 13, 2020. (Doc. 119). The Magistrate recommended the Court grant in part and deny in part Yellowstone County's partial motion for judgment on the pleadings and deny the Plaintiff's motion for partial summary judgment. (Doc. 119 at 1-2).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 119) are ADOPTED IN FULL.

IT IS FURTHER ORDERED Yellowstone County's motion for partial judgment on the pleadings (Doc. 84) is granted with respect to the Plaintiff's failure to train claim, and otherwise denied.

IT IS FURTHER ORDERED the Plaintiff's motion for partial summary judgment (Doc. 90) is denied.

DATED this 3rd day of February, 2020.

SUSAN P. WATTERS
United States District Judge