UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL OSTBY, ET. AL., ,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY,<br><br>Defendant. | Case No. CV-17-124-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     Judgment is entered in favor of Defendant Yellowstone County and against Plaintiff The Estate of Michael Ostby et. al., as entered in the Court's Order E.C.F. 163.

     Dated this 14th day of August, 2020.

                              TYLER P. GILMAN, CLERK

                              By: /s/ E.Hamnes
                              E.Hamnes, Deputy Clerk